UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of May, two thousand and fourteen,

_____

| | |
|---|---|
| Adam Starke, individually and on behalf of all others similarly situated, | **ORDER**<br>Docket Number: 14-1661 |
| Plaintiff - Appellant, | |
| v. | |
| Gilt Groupe, Inc., | |
| Defendant - Appellee. | |

_____

A notice of appeal was filed on May 15, 2014. Appellant's Form C and Form D were due. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective June 13, 2014 if the Form C and Form D are not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

